# ZDARSKY, SAWICKI & AGOSTINELLI LLP
ATTORNEYS AT LAW
404 CATHEDRAL PLACE
298 MAIN STREET
BUFFALO, N.Y. 14202
716-855-3200

JOSEPH E. ZDARSKY
K. MICHAEL SAWICKI
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DONALD G. POWELL
DAVID E. GUTOWSKI

TELECOPIER: 716-855-3101
(NOT FOR SERVICE OF PAPERS)



1108992 I
82.52
5/26/10

May 25, 2010

Clerk
United States Bankruptcy Court
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202

FILED
MAY 26 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

Re: **Paula A. Ziegler**
**Case No. 04-10360K**

Ladies and Gentlemen:

Enclosed is my check no. 10109 for $82.52, payable to the Clerk, representing the dividend(s) payable as follows, which are represented in (a) check(s) which the creditor(s) did not negotiate within the 90 days specified on the check(s):

| Claim No. | Creditor | Amount |
|---|---|---|
| 1 | National Grid<br>300 Erie Boulevard W.<br>Syracuse, New York 13202 | $57.92 |
| 4 | Verizon / RMCC<br>PO Box 6360<br>Syracuse, New York 13217 | $24.60 |

Thank you for your assistance.

Very truly yours,

ZDARSKY, SAWICKI & AGOSTINELLI LLP

Mark J. Schlant

Enclosure
cc: Ms. Anne Quinn
National Grid (at above address)
Verizon / RMCC (at above address)